



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

*86 Chambers Street*
*New York, New York 10007*

February 27, 2008

By Hand

Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/28/08

    Re:  Shirley Sidbury v. Astrue
        07 Civ. 6827 (RJH) (KNF)

Dear Judge Fox:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. By letter dated January 28, 2008, I informed the Court that although the Agency responded to my request for information concerning this case, I determined that more information was needed. The Agency has informed me that it will not be able to respond to my request before February 29, 2008, the date upon which the Commissioner's answer is due. Therefore, with consent of plaintiff, I respectfully request a two week extension, until March 14, 2008, to respond to the complaint.

    Four prior extensions of time have been granted to defendant, as the answer was originally due on October 1, 2007.

    Thank you for your consideration of this request.

2/28/08
Application granted.
SO ORDERED:

/s/ Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Wendy Brill, Esq. (by fax)