RECEIVED
MAR 13 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**  March 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: 3/13/08

By Hand

Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

   Re:  Shirley Sidbury v. Astrue
        07 Civ. 6827 (RJH) (KNF)

Dear Judge Fox:

   This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties are exploring settlement of this matter. Therefore, with consent of plaintiff, I respectfully request a one week extension from Friday March 14, 2008, to March 21, 2008, at which time I will submit a signed stipulation of remand, or if the parties do not agree, a motion in support of remand.

   Five prior extensions have been granted to defendant, as the answer was originally due on October 1, 2007.

   Thank you for your consideration of this request.

3/13/08
Application granted.

SO ORDERED:

/s/ Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Leslie A. Ramirez-Fisher
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone:  (212) 637-0378
Fax:  (212) 637-2750

   cc:  Wendy Brill, Esq. (by fax)

Returned to chambers for scanning on 3/20/08 AE
Scanned by chambers on 3/21/08