Holwell, J  ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Email: leslie.ramirez-fisher@usdoj.gov

RECEIVED
MAR 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
SHIRLEY SIDBURY,                :
                                :
                   Plaintiff,   :
                                :
          - v. -                :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 6827 (RJH) (KNF)
Commissioner of                 :
Social Security,                :
                                :
                   Defendant.   :
                                :
- - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to the sixth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated:   New York, New York
         March 18, 2008

_____
WENDY BRILL, ESQ.
Attorneys for Plaintiff
9 Murray Street
New York, New York 10007
Telephone No: (212) 608-4100

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By:  _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-0378
Email:  leslie.ramirez-
        fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
3/25/08